IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A TRACKING WARRANT FOR THE CELLULAR TELEPHONE PARTICULARLY DESCRIBED IN THE AFFIDAVIT OF SPECIAL AGENT BRANDON BAMBERG DATED 12-1-2022 | Misc. No. 3:23-cr-00045 |

**ORDER PURSUANT TO 18 U.S.C. 2705(b)**
**PRECLUDING NOTICE OF SEARCH WARRANT**

This matter comes before the court on the United States' application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an order commanding AT&T (the "Provider"), a provider of an electronic communications service, not to notify any person (including the account holder listed in the warrant) of the existence of the attached search warrant until further order of the Court.

The Court finds there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the on-going investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, or notify confederates and may also result in the destruction of evidence and endangering life or physical safety of an individual and/or intimidation of potential witnesses. *See* 18 U.S.C. § 2705(b)(1), (2), (3), (4), and (5).

**IT IS THEREFORE ORDERED** under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence or the contents of the attached search warrant or this order to the account holder or to any other person, unless and until otherwise authorized to do so by the Court, except that the Provider may disclose the attached warrant and this order to an attorney for the Provider for the purpose of receiving legal advice. This order shall remain in effect until further order of the Court or one year after the date of this order, whichever occurs first. The timeframe may be extended on motion by the Government for good cause shown.

**IT IS SO ORDERED.**

_____
Honorable Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

December 1, 2022
Columbia, South Carolina